I hereby attest and certify on 4/20/16 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

4/20/16

CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION

SACV16-741-JLS (KESx)
MDL No. 2693

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On April 7, 2016, the Panel transferred 9 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See (J.P.M.L. ). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Josephine L. Staton.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Staton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 7, 2016, and, with the consent of that court, assigned to the Honorable Josephine L. Staton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 18, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION

MDL No. 2693

### SCHEDULE CTO-1 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 16−00822 | Tongarm v. Vizio, Inc. et al |
| CAN | 3 | 16−01201 | Von Haden v. Vizio, Inc. et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 16−00381 | STRADER v. VIZIO, INC. |



**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

April 20, 2016

Re: MDL 2693    In Re: IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION

Transfer of your Civil Case No.: CV16-1201

Case Title: IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-District Litigation transferring the above-numbered case to this district and assigning Judge ___Honorable Josephine L. Staton___ to preside over this litigation, we are transmitting herewith a certified copy of the conditional transfer order from the MDL Panel. We have assigned the following case number to this case: ___SACV16-741-JLS (KESx)___. Please include reference to this case number when the case file is sent to this district.

Please send the electronic case file to *MDLClerk@cacd.uscourts.gov*. We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By ___C. Sawyer___
Deputy Clerk

cc: *All counsel on the attorney service list
Clerk, MDL Panel*

---

CV-118 (11/15)    LETTER REQUESTING TRANSFER OF MDL CASE TO THIS DISTRICT